**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CalPlant I, LLC, | : | Case No. 21-11303 (JTD) |
| Debtor.[1] | : | |
| Lance Miller, Liquidating Director for the Liquidating Trust for CalPlant I, LLC, | : | |
| Plaintiff, | : | Adv. Proc. No. 23-50725 (JTD) |
| v. | : | |
| Walker Emulsions Inc, | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, by and between all parties that have entered an appearance in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through their undersigned counsel, that this

[1] Prior to the Effective Date of the Plan (each as defined below), the Debtors (defined below) in these chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, were as follows: CalPlant I Holdco, LLC (9804) and CalPlant I, LLC (1444). On September 29, 2023 (the "Effective Date"), the Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan Proposed by CalPlant I Holdco, LLC and CalPlant I, LLC [Case No. 21-11302 D.I. 726] went effective, and a Liquidating Trust was formed to manage the liquidation of the Debtors' estates and distributions in accordance with that plan. On October 2, 2023, the Court entered a final decree and order closing the chapter 11 case of CalPlant I Holdco, LLC (9804). Commencing on October 2, 2023, all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of CalPlant I, LLC.

Adversary Proceeding is dismissed with prejudice, each party to bear its own costs.

Dated: April 1, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ *Brett D. Fallon*
Brett D. Fallon (DE No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Brett.fallon@faegredrinker.com

*Counsel to Walker Emulsions Inc.*

Dated: April 1, 2024

**A.M. SACCULLO LEGAL, LLC**

*/s/ Mary E. Augustine*
Mary Augustine (DE No. 4477)
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: meg@saccullolegal.com

*Counsel to the Liquidating Director*